**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7632**

REGINALD A. MCGARY,

              Plaintiff - Appellant,

         v.

GENE JOHNSON; BRYAN WATSON; DOCTOR LEE; DOCTOR THOMPSON; M.
STANFORD; LAILA HOLMES; JANE & JOHN DOES,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge. (7:08-cv-00418-jct-mfu)

Submitted:  February 12, 2009          Decided:  March 9, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald A. McGary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald A. McGary appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2006), for failure to state a claim and the court's order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McGary v. Johnson, No. 7:08-cv-00418-jct-mfu (W.D. Va. July 30, 2008; Aug. 8, 2008). We deny McGary's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2